# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GUADALUPE VAZQUEZ-COLINDRE,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-03543-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Guadalupe Vazquez-Colindre is a citizen of Honduras who was a victim of human trafficking after arriving in the United States, and currently has a pending application for a T visa. ECF 1 at ¶¶ 1, 12, 19. On May 21, 2026, Petitioner attended a biometrics appointment relating to his T visa application at the United States Citizenship and Immigration Services Application Support Center, and was detained by Immigration and Customs Enforcement. *Id.* at ¶ 21. On June 1, 2026, Petitioner requested that the Board of Immigration Appeals reopen his case, grant a stay of removal, and afford him the opportunity to pursue his application for a T visa while remaining in the United States. *Id.* at ¶ 23.

As an immigrant survivor of violence with a pending T visa application who has requested a stay of his removal order, Petitioner qualifies as a member of at

least two of the classes that were preliminarily certified by the Court in *Immigration Center for Women and Children v. Noem*, Case No. 2:25-cv-09848-AB-AS, 2026 WL 1455004 (C.D. Cal. May 20, 2026), and against whom the Court stayed enforcement of ICE Policy No. 11005.4, *Interim Guidance on Civil Immigration Enforcement Actions Involving Current or Potential Beneficiaries of Victim-Based Immigration Benefits* (Jan. 30, 2025), which allows for the detention and removal of T visa petitioners.

Now, through a counseled habeas petition, Petitioner alleges that his detention and potential removal prior to the adjudication of his pending T visa application violates the Fifth Amendment, the Administrative Procedure Act, and the stay order imposed in *ICWC v. Noem*. *See generally* ECF 1. In their answer to the petition, Respondents state that they "are not presenting an opposition argument at this time." ECF 10 at 2. The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**. Petitioner Guadalupe Vazquez-Colindre (A070 969 369) is hereby **ORDERED RELEASED** from ICE custody immediately. The Court will consider an application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, that is filed within thirty days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B). Judgment will be entered accordingly.

**IT IS SO ORDERED.**

DATED: July 7, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2