**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VAZQUEZ-COLINDRE,<br><br>                            Petitioner,<br><br>                    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>                            Respondents. | Case No. 5:26-cv-03543-DMK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Guadalupe Vazquez-Colindre (A070 969 369) from custody and immediately return any confiscated property and documents to Petitioner upon release.

Respondents shall file a notice of compliance by July 10, 2026.

DATED: July 7, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE